[Cite as *Kuebler v. Columbus Dept. of Public Safety*, 2021-Ohio-647.]

| | |
|---|---|
| KENNETH J. KUEBLER | Case No. 2020-00525PQ |
| Requester | Judge Patrick E. Sheeran |
| v. | <u>JUDGMENT ENTRY</u> |
| COLUMBUS DEPARTMENT OF PUBLIC SAFETY | |
| Respondent | |

{¶1} On December 30, 2020, a special master issued a report and recommendation (R&R) in this public-records case. The special master recommends denying requester's claim for production of withheld portions of requested records. The special master further recommends that court costs be assessed to respondent because respondent did not disclose non-exempt headers, signature blocks, and disclaimers until after litigation had commenced.

{¶2} Neither party has filed timely written objections to the R&R. Pursuant to R.C. 2743.75(F)(2), if neither party timely objects to a special master's report and recommendation, this court is required to "promptly issue a final order adopting the report and recommendation, unless it determines that there is an error of law or other defect evident on the face of the report and recommendation."

{¶3} The court determines that there is no error of law or other defect evident on the face of the R&R of December 30, 2020. The court therefore adopts the special master's R&R. Judgment is rendered in favor of respondent. Court costs are assessed against

respondent in accordance with the special master's recommendation. The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

PATRICK E. SHEERAN
Judge

**Filed February 25, 2021**
**Sent to S.C. Reporter 3/8/21**